**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL TLUMACKI, | Case No. 1:13-CV-01280-SMS |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | |

By a motion filed August 13, 2013, Plaintiff Carl Tlumacki seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and the summons. Plaintiff's attorney is directed to serve Defendant.

IT IS SO ORDERED.

Dated:   **August 21, 2013**            /s/ **Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28